**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARLOS HERRERA** | Civil No. 23-4051 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| **AUTOZONE, INC.** | |
| Defendant. | |

This matter having been reported settled and the Court having administratively terminated the action for forty-five (45) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the forty-five day time period having passed without the Court having received the necessary papers;

**IT IS** on this 24th day of October, 2023

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE,** and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

*s/ Susan D. Wigenton*
HON. SUSAN D. WIGENTON
U.S.D.J.